**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

23-694

**STATE OF LOUISIANA**

**VERSUS**

**JERRY J. BOB**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. OP-4690
HONORABLE MICHELE S. BILLEAUD, JUDGE

\*\*\*\*\*\*\*\*\*\*

**SHANNON J. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, Gary J. Ortego, and Guy E. Bradberry, Judges.

> **APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

**William T. Babin**
**Prosecutor, City of Scott**
**405 West Convent Street**
**Lafayette, LA  70501**
**(337) 232-7747**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**


**Lynden J. Burton**
**P.O. Box 13738**
**New Iberia, LA  70562**
**(337) 340-5153**
**COUNSEL FOR APPELLANT:**
    **Jerry J. Bob**

**GREMILLION, Judge**.

Defendant-Appellant, Jerry J. Bob, was found guilty of two counts of Resisting an Officer and ordered to pay a fine of $341.50 on each count on June 2, 2023, in the Mayor's Court for the City of Scott.

On February 10, 2023, Defendant filed a "Motion for Appeal and Take De Novo Review" in the Fifteenth Judicial District Court, Parish of Lafayette. Pursuant to La.R.S. 13:1896, district courts have appellate jurisdiction in criminal cases from a mayor's court where a person has been subjected to imprisonment or forfeiture of rights or property, and the appeal is tried de novo.

A trial was held on June 2, 2023, in the Fifteenth Judicial District Court. Defendant was found guilty on one count of Resisting an Officer and ordered to pay a fine of $341.50.

Defendant's counsel filed a "Motion and Order for Appeal" on June 29, 2023, seeking an appeal to this court. On July 7, 2023, Defendant was granted an appeal to this court.

The record was lodged with this court on November 6, 2023, and on November 7, 2023, this court issued a rule to show cause why the appeal in this case should not be dismissed as the judgment at issue is not appealable. Defendant was given until December 4, 2023, to file a brief in response to the rule to show cause.

A "Brief to Show Cause Why the Appeal Should not be Dismissed on Behalf of Jerry Bob, Defendant-Appellant" was received from Defendant's attorney on December 12, 2023. Defendant asserts that because he was found guilty of one count of resisting arrest and ordered to pay a fine, the judgment is appealable pursuant to La.Code Crim.P. art. 912. If this court finds the judgment is not appealable, Defendant requests he be permitted to file an application for supervisory writs within thirty days of the decision.

Pursuant to La.Code Crim.P. art. 912.1(B)(1), a defendant may appeal to this court from a judgment in a criminal case triable by jury. In accordance with La.Code Crim.P. arts. 779 and 933 and La.R.S. 14:108, Defendant's case was not triable by a jury; therefore, pursuant to La.Code Crim.P. art. 912.1(C)(1), review of Defendant's conviction is by application for writ of review to this court.

Accordingly, the appeal is dismissed. Defendant may file a supervisory writ application within thirty (30) days of the date of this decision. Defendant is not required to file a notice of intent to seek writs, nor must he obtain an order from the trial court setting a return date, as is required by Uniform Rules—Courts of Appeal, Rule 4–3. We construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.